## COMMONLY MISUSED WORDS

I have personally seen *every single one* of these words in the thousands of transcripts I've laid eyes on since I got started in 2009. **MEMORIZE THESE, KNOW THEIR MEANINGS AND DOUBLE-CHECK LIKE CRAZY!!** When in doubt, **use the dictionary and read the definition.**

| | |
|---|---|
| anymore / any more | ascent / assent |
| insure / ensure | there / their / they're |
| proceed / precede | through / threw / thorough / though |
| it's / its | lead / led |
| loose / lose | cite / site / sight |
| principal / principle | passed / past |
| imminent / eminent | breathe / breath |
| illicit / elicit | allude / elude |
| accept / except / expect | stationary / stationery |
| discreet / discrete | suppose to / supposed to |
| prospective / perspective | capital / capitol |
| apart / a part | seen / scene |
| onto / on to | work out / workout |
| conscious / conscience | let's / lets |
| into / in to | to / too / two |
| than / then | everyday / every day |
| assent / ascent | fare / fair |
| plural / pleural | bear / bare |
| sense / cents | anytime / any time |
| altogether / all together | awhile / a while |
| council / counsel | complement / compliment |